**O'BRIEN, BELLAND & BUSHINSKY, LLC**
1526 Berlin Road
Cherry Hill, New Jersey 08003
(856) 795-2181
By: Steven J. Bushinsky, Esquire
W. Daniel Feehan, Esquire

*Attorneys for Plaintiffs*

RECEIVED
JAN 16 2019
ROBERT B. KUGLER
U.S. DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUSTEES OF INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL 711 HEALTH & WELFARE FUND; *et. al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> KENNETH BRUMMETT, JR., INC. doing business as KRB CONTRACTING AND KENNETH R. BRUMMETT PAINTING, INC., <br> *Defendant.* | Civil Action No: 1:18-cv-14636-RBK-JS <br><br><br> **DEFAULT JUDGMENT** |

This matter having come before the Court on Plaintiffs' Request for Default Judgment, it is on this 19᛭ day of February 2019;

**ORDERED and ADJUDGED** that the Plaintiff Funds recover of Defendant Kenneth Brummett, Jr., Inc. d/b/a KRB Contracting and Kenneth R. Brummett Painting, Inc. the sum of **$160,616.80**, less payments received, which is inclusive of interest, liquidated damages, and attorneys' fees, as provided by law and to include additional interest thereon; and

**IT IS FURTHER ORDERED and ADJUDGED** that this Court will retain active jurisdiction over the enforcement and continued litigation of this matter.

_____
Robert B. Kugler, U.S.D.J.